UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONJA STEIS,

    Plaintiff,

v.                                             Case No. 11-13407

THIRD JUDICIAL CIRCUIT COURT OF THE
STATE OF MICHIGAN,

    Defendant.
                                                    /

**ORDER ADMINISTRATIVELY CLOSING CASE,
DIRECTING PLAINTIFF'S ATTORNEY TO FILE MONTHLY
STATUS MEMORANDA, AND SETTING TELEPHONE CONFERENCE**

On January 31, 2012, the court conducted a telephonic conference with counsel for the parties, during which counsel indicated that their clients had initiated discussion towards an agreed-upon resolution, which in this case is a process that will take a number of months to conclude. All parties agreed that no judicial supervision is required in the meanwhile, and that counsel wish to conserve their resources.

The court and counsel agreed to administratively close the case for a period of 120 days while the parties focus their attention on resolution. The court seeks monthly status memoranda briefly detailing the progress of the parties' discussions.

IT IS ORDERED that this case shall be removed from the court's active docket and administratively closed for statistical purposes.

IT IS FURTHER ORDERED that, upon notification by either party, the case shall be restored to the active docket of the court, with all rights enjoyed by all parties fully in force as they were on the date of this order.

IT IS FURTHER ORDERED that Plaintiff's counsel file a "status memorandum" on the last business day of each month, beginning with the month of February 2012, very briefly explaining the status of the parties' discussions.  If the case resolves with finality, counsel are directed to inform the court and to submit a proposed final, permanent case closing order.

Finally,

IT IS ORDERED that counsel for the parties shall participate in a conference by telephone on **May 23, 2012, at 11:00 a.m.**  The court will initiate the call.  During the conference, counsel for the parties will inform the court whether the case needs to be reopened and, if so, whether it will be necessary for the court to rule on Defendant's pending "Motion to Compel Discovery" [Dkt. # 15].

        s/Robert H. Cleland  
        ROBERT H. CLELAND  
        UNITED STATES DISTRICT JUDGE

Dated:  January 31, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 31, 2012, by electronic and/or ordinary mail.

        s/Lisa Wagner  
        Case Manager and Deputy Clerk  
        (313) 234-5522